SARAH T. HARRIS ET AL. *v.* PLANNING COMMISSION
OF THE TOWN OF RIDGEFIELD ET AL.

The petition by Robert E. Cohn for leave to file a brief and to argue before this court as amicus curiae is denied.

Submitted February 26—decided February 26, 1963

THEODORE ANDERSON *v.* HENRY PERZANOWSKI ET AL.

It appearing that the plaintiff in the above entitled case has failed to defend against the appeal of the defendant Henry Perzanowski with proper diligence, it is ordered that, unless the plaintiff files his brief within two weeks after the clerk of this court gives notice to the plaintiff's counsel of this order, judgment shall be entered setting aside the judgment appealed from and directing the entry of a judgment dismissing the action.

*Andrew P. Denuzze,* for the appellee (plaintiff).

Argued March 5—decided March 5, 1963

JAMES F. STAPLETON ET AL. *v.* CARMELLA LOMBARDO
ET AL.

The motion by the plaintiffs for review of the order denying the stay of proceedings in the Court of Common Pleas in Fairfield County is denied.

*Richard I. Steiber,* for the appellants (plaintiffs).

*Alfred R. Belinkie,* for the appellee (named defendant).

*Carl D. Eisenman,* assistant attorney general, for the appellee (defendant Liquor Control Commission).